

11 SUNRISE PLAZA, STE. 305
VALLEY STREAM, NY 11580
(516) 233-1660
WWW.LIEBOWITZLAWFIRM.COM

December 5, 2019

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Scott v. Breitbart News Network, LLC (1:19-cv-6460-PGG)*

Dear Judge Gardephe,

We represent Plaintiff, Erin Scott, in the above in-captioned case. Defendant has yet to appear in the case or respond to the complaint which is past due. The clerk has entered a certificate of default. We respectfully request that the initial conference scheduled for December 12, 2019 be adjourned. We will file our default motion within the next 30 days.

The Court's consideration is much appreciated.

Respectfully submitted,

/s/Richard Liebowitz
Richard P. Liebowitz

*Counsel for Plaintiff Erin Scott*

**MEMO ENDORSED**

The Application is granted. A motion for a default judgment is to be submitted by Jan. 6, 2020.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dated: Dec. 10, 2019